No. 5,886.—LINDEKE-WARNER & SONS, APPELLANT, *v.* MARSHALL'S BUSY STORE, ET AL., DEFENDANTS; H. E. MARSHALL, RESPONDENT.

*Appeal from Wheatland County; Wm. L. Ford, Judge.*

Decided May 12, 1926.

PER CURIAM.—It appearing to the court from statements of counsel that this cause has been settled, although no stipulation nor *praecipe* to that effect has been filed, the appeal is dismissed subject to reinstatement for good cause shown.

*Mr. Emmet O'Sullivan,* for Appellant.

*Mr. J. Peter P. Healy,* for Respondent.